FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 5 2010

GREGORY C. LANGHAM
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

'10 - CV - 0 2 2 5 1 _BnB_

Civil Action No. _____
(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

SONJA L. REDDICK,

      Plaintiff,

v.

AURORA PUBLIC SCHOOLS,

      Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a letter to the court, a Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915 and a Title VII Complaint. As part of the court's

review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted

documents are deficient as described in this order. Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action. Plaintiff will be

directed to cure the following if she wishes to pursue her claims. Any papers which the

Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   __     is not submitted
(2)   __     is not on proper form (must use the court's current form)
(3)   __     is missing original signature by Plaintiff

(4)   \_\_   is missing affidavit
(5)   \_\_   affidavit is incomplete
(6)   <u>X</u>   affidavit is not notarized or is not properly notarized
(7)   \_\_   names in caption do not match names in caption of complaint, petition or application
(8)   \_\_   An original and a copy have not been received by the court. Only an original has been received.
(9)   \_\_   other _____

**Complaint or Petition**:
(10)   \_\_   is not submitted
(11)   \_\_   is not on proper form (must use the court's current form)
(12)   \_\_   is missing an original signature by the Plaintiff
(13)   \_\_   is incomplete
(14)   \_\_   uses et al. instead of listing all parties in caption
(15)   \_\_   An original and a copy have not been received by the court. Only an original has been received.
(16)   \_\_   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)   \_\_   names in caption do not match names in text
(18)   \_\_   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, copies of the following form: Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _13th_ day of _September_ , 2010.

BY THE COURT:

_Boyd N. Boland_

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '10 − CV − 0 2 2 5 1

Sonja L. Reddick
2525 S. Dayton Way #2103
Denver, CO 80231


I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on____9 | 15 | 10

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk