FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 10 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02251-PAB

SONJA L. REDDICK,

    Plaintiff,

v.

AURORA PUBLIC SCHOOLS,

    Defendant.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. All costs of service shall be advanced by the United States.

DATED November 8, 2010.

                          BY THE COURT:

                          s/Philip A. Brimmer
                          PHILIP A. BRIMMER
                          United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02251-PAB-KLM

Sonja L. Reddick
2525 S. Dayton Way, #2103
Denver, CO 80231

US Marshal Service
Service Clerk
Service forms for: Aurora Public Schools

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Aurora Public Schools: AMENDED TITLE VII COMPLAINT FILED 11/03/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/10/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk