**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  10-cv-02251-WJM-KLM

SONJA L. REDDICK,

      Plaintiff,

v.

AURORA PUBLIC SCHOOLS,

      Defendant.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL**

---

This matter is before the Court on the parties' Stipulation for Dismissal filed August 14, 2012 (ECF No. 76).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The parties' Stipulation for Dismissal is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay her or its own attorney's fees and costs.

Dated this 14th day of August, 2012.

BY THE COURT:

William J. Martínez
United States District Judge